# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 24, 2012

Robert P. Young, Jr.,
Chief Justice

142116

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SC: 142116
COA: 299818
Oakland CC: 2009-226516-FC

TRAVIS QUAN OWENS,
      Defendant-Appellant.

_____/

      By order of March 23, 2011, the application for leave to appeal the September 30, 2010 order of the Court of Appeals was held in abeyance pending the decision in *People v Williams* (Docket No. 141161). On order of the Court, the case having been decided on May 15, 2012, 491 Mich 164 (2012), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 24, 2012

_____
Clerk

p0716